**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MICHAEL S. SMITH, JR.**                                                                                       **PLAINTIFF**

**v.**                                                 **NO. 5:06CV00281 JLH**

**C. GARRETT,** *et al.*.                                                                                        **DEFENDANTS**

**JUDGMENT**

Upon de novo review, the proposed findings and recommendations of the magistrate judge are adopted as the findings of this Court. For the reasons stated in the Opinion and Order entered separately today, Michael S. Smith, Jr.'s objections are overruled. Plaintiff's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court hereby certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action will be considered frivolous and not in good faith.

IT IS SO ORDERED this 21st day of December, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE